# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                           NO. 4:06CR00073 JLH

BEN ALLEN COULTER                                                   DEFENDANT

### ORDER MODIFYING CONDITIONS OF RELEASE

Court convened for a hearing on the government's Petition for Revocation of Supervised Release on Wednesday, May 31, 2006. Assistant U.S. Attorney Pat Harris was standing in for Assistant U.S. Attorney Jana Harris. The defendant appeared in person with his attorney, Lisa G. Peters. U.S. Probation Officer Jay Hudson was also present.

At the inception of the hearing, the government moved to withdraw the pending Petition for Revocation of Supervised Release. Without objection the request was granted. The parties then moved to modify defendant's current conditions of supervised release to include placement in the City of Faith Halfway House for eight (8) months. Without objection from the U.S. Probation Officer the request was granted.

IT IS THEREFORE ORDERED that defendant's present conditions of supervised release are hereby modified to include placement in the City of Faith Halfway House for eight (8) months. Defendant will remain in the custody of the U.S. Marshals Service until space becomes available at the City of Faith. Upon release from the halfway house, defendant's term of supervised release will expire as previously indicated on June 9, 2008. All other conditions remain unchanged and in full force and effect as previously imposed.

The government's Petition for Revocation of Supervised Release (Document #3) is withdrawn.

IT IS SO ORDERED this 31st day of May, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE