**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:06CR00073 JLH | |
| BEN ALLEN COULTER | | DEFENDANT |

**ORDER**

Defendant has filed a motion for modification of conditions of supervised release. The government has responded and has no objection. The motion for modification is granted. Docket No. 12.

IT IS THEREFORE ORDERED that defendant Ben Allen Coulter's conditions of supervised release are hereby modified to include the following:

> Defendant will be subject to mental health treatment under the guidance and supervision of the U.S. Probation Office, including, but not limited to medications defendant has previously been prescribed.

All other conditions of supervised release remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 24th day of July, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE